IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADDISON COLE (3)<br>   a.k.a. "Addy"<br>   a.k.a. "Scat-Back" | No. 3:21-CR-136-K |

## MOTION FOR PRETRIAL DETENTION AND CONTINUATION OF DETENTION HEARING

The United States asks for the pretrial detention of Defendants under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. ***Eligibility of Case***.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    \_\_\_\_\_ A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (18 U.S.C. § 3142(f)(1)(A)).
    \_\_\_\_\_ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).
    \_\_X\_\_ Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
    \_\_\_\_\_ A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).
    \_\_X\_\_ A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)).
    \_\_\_\_\_ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142(f)(2)(B)).
    \_\_\_\_\_ A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender.  (18 U.S.C § 3142(f)(1)(E)).

    \_\_\_\_\_ A felony that involves the possession or use of a firearm or destructive device, or any other dangerous weapon. (18 U.S.C. § 3142(f)(1)(E)).

2. ***Reason for Detention.***  The Court should detain defendant because no condition or combination of conditions will reasonably assure:

    __X__ Defendant's appearance as required.
    __X__ Safety of any other person and the community.

3. ***Rebuttable Presumption.***  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

The presumption applies because:

    __X__ Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)).
    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond. (18 U.S.C. § 3142(e)(1)-(3)).
    \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5).
    \_\_\_\_\_ Probable cause to believe defendant committed a qualifying offense involving a minor victim. (18 U.S.C. § 3142(e)).

4. ***Time for Detention Hearing***.  The United States requests the Court conduct the detention hearing:
    \_\_\_\_\_ At first appearance.
    __x__ After continuance of three (3) days.
    \_\_\_\_\_ After continuance of 10 days under 18 U.S.C. § 3142(d).
    \_\_\_\_\_ Moot at this time as defendant is in state custody.  Hearing requested if detention becomes a viable issue.

**Addison Cole**
**Government's Motion for Detention – Page 2**

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

/s/ Myria Boehm

MYRIA BOEHM
Assistant United States Attorney
Texas State Bar No. 24069949
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:    214-659-8812
E-Mail:         myria.boehm@usdoj.gov