# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | MAG. DOCKET NO.: _____ |
| v. | | |
| ADDISON COLE (3) | | CRIMINAL NO.: 3:21-cr-00136-K |

## ENTRY OF APPEARANCE OF COUNSEL

[ ] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[✓] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

27 January 2022
Date

*/s/ B Livernois*
Signature of Attorney

Bethanie L. Livernois
Attorney Name (Please Print)

24093787
Attorney Bar Number

1445 Ross Avenue, Suite 3600
Street Address

Dallas, Texas 75202
City/State/Zip

blivernois@bradley.com
Email Address

214.257.9765
Telephone (including area code)

214.939.8787
Fax Number