

# United States District Court
# Northern District of Texas
### DALLAS DIVISION

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2022 JAN -5 P 2: 40

UNITED STATES OF AMERICA

V.

Addison Cole
a.k.a "Addy", "Scat-Back"

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:21-cr-00136-K

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Addison Cole

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Possess with Intent to Distribute a Controlled Substance.

in violation of Title   21

United States Code, Section(s)

846

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell*
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

1/5/2022
Date

Dallas, TX
Location

s/Y. Lehnert
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Dallas, TX

| DATE RECEIVED 1/25/22 | NAME AND TITLE OF ARRESTING OFFICER  Alex Campos, SI | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 1/25/22 | | |

1137 2864